UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY CARLTON BLACK, | : | CIV. NO. 3:02CV1532(JCH) |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN ASHCROFT, ATTORNEY | : | |
| GENERAL OF THE UNITED STATES, | : | |
| Respondent. | : | November 7, 2003 |

**MOTION TO REMAND**

  The respondent, John Ashcroft, hereby requests that the Court remand this case to the BIA with appropriate instructions. A memorandum in support of this motion has been filed herewith.

              Respectfully submitted,

              KEVIN J. O'CONNOR
              UNITED STATES ATTORNEY

              JOHN B. HUGHES
              CHIEF, CIVIL DIVISION


              PATRICK F. CARUSO
              ASSISTANT U.S. ATTORNEY
              FED. BAR NO. ct17984
              P.O. BOX 1824
              NEW HAVEN, CT  06508
              (203)821-3700

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

CERTIFICATION

This is to certify that a copy of the within and foregoing was mailed, postage prepaid, this 7th day of November, 2003 to:

Michael G. Moore, Esq.
107 Oak Street
Hartford, CT 06106

Michael G. Moore
20 Maple Street, Suite 302
Springfield, MA 01102

---
PATRICK F. CARUSO
ASSISTANT U.S. ATTORNEY