UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

ANTHONY CARLTON BLACK,  :   CIV. NO. 3:02CV1532
Petitioner,             :
                        :   2003 NOV 10  A 10:02
v.                      :
                        :   US DISTRICT COURT
                        :   BRIDGEPORT CT
JOHN ASHCROFT, ATTORNEY :
GENERAL OF THE UNITED STATES, :
Respondent.             :   November 7, 2003

## MOTION TO REMAND

The respondent, John Ashcroft, hereby requests that the Court remand this case to the BIA with appropriate instructions. A memorandum in support of this motion has been filed herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN B. HUGHES
CHIEF, CIVIL DIVISION

PATRICK F. CARUSO
ASSISTANT U.S. ATTORNEY
FED. BAR NO. ct17984
P.O. BOX 1824
NEW HAVEN, CT  06508
(203)821-3700

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

[Handwritten annotations in margins: "disk #11"; "Motion to Remand granted. BIA is to reconsider its 9/19/01 decision subject of Chrzanoski v. Ashcroft. The stay will remain in effect until further order of the court. SO ORDERED."; signature dated 12/4/03]