UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANTHONY CARLTON BLACK
v.                                                          3:02CV1532 JCH

JOHN ASHCROFT, ATTORNEY
GENERAL OF THE UNITED STATES


## JUDGMENT

This cause came on for consideration on defendant's motion to remand before the Honorable Janet C. Hall, United States District Judge. The Court has considered the motion and all the papers filed in this action and on December 4, 2003, granted the defendant's motion.

It is therefore ORDERED and ADJUDGED that the case is remanded to the Board of Immigration Appeals for further proceedings and the stay will remain in effect until further order of the court.

Dated at Bridgeport, Connecticut, this 19th day of December, 2003.

KEVIN F. ROWE, Clerk
By *Catherine Borosky*
Deputy Clerk

Entered on Docket_____